**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MARY MAY,<br><br>    Defendant. | Case Number: 1:16-cv-01060-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**<br><br>**(Doc. 21)** |

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion") (Doc. 21), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is GRANTED.  Plaintiff shall have until April 18, 2017, to effectuate service of a summons and complaint on Defendant.

The Court CAUTIONS Plaintiff that any further extensions of time to serve Defendant will be looked upon with disfavor.

IT IS SO ORDERED.

Dated:   **March 21, 2017**           /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE