Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive, 6th Floor
Beverly Hills, 90210
Phone: 310-734-4269
Fax: 310-734-4053
Email: henry@mosesi.com
Web: mosesi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARY MAY,<br><br>　　　　　Defendant. | Case Number: 1:16-cv-01060-AWI-SKO<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>**(Doc. 31)** |

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Mary May's claims against each other with prejudice (Doc. 31), and the Court being duly advised,

ORDERS AND ADJUDGES the following:

1. All Plaintiff's and Defendant Mary May's claims against each other are hereby dismissed with prejudice;

2. Each party shall bear its own attorneys' fees and costs; and

3. This case is closed for administrative purposes.

IT IS SO ORDERED.

Dated: __**June 6, 2017**__　　　　　　　　　__/s/ *Sheila K. Oberto*__

1

UNITED STATES MAGISTRATE JUDGE